**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MELVIN BROOKS**                                                        **CIVIL ACTION**

**VERSUS**                                                                    **NO. 10-855**

**DR. GORE, ET AL.**                                                      **SECTION "I"(3)**

<u>**O R D E R**</u>

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment is **GRANTED** and that

plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this <u>20th</u> day of December, 2010.

**LANCE M.AFRICK**
**UNITED STATES DISTRICT JUDGE**